NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOUIS KERLINSKY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7118

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1934, Judge Frank Q. Nebeker.

---

## ON MOTION

---

## ORDER

Louis Kerlinsky moves for a 60-day extension of time to file his corrected informal brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Mr. Kerlinsky's corrected informal brief is due within 60 days of the date of filing of this order.

FOR THE COURT

JUN 20 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Louis Kerlinsky
    Renee Gerber, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 20 2012

JAN HORBALY
CLERK